961 F.2d 1567
 23 U.S.P.Q.2d 1239
 Liquid Glass Enterprises, Inc.
v.
Liquid Glass Products International, Inc., d/b/a Liquid
Glass Intern'l., d/b/a Liquid Glass Products, Inc., d/b/a
Classic Liquid Glass, Inc., Elliott (Gene), Pep Boys -
Manny, Moe & Jack, Liquid Glass Intern'l., Inc.; Appeal of
Advance Polish Technologies, Nevada, ECR, Japan, Inc., Wible
(Gregory A.)
 NOS. 91-1882, 91-1956
 United States Court of Appeals,
Third Circuit.
 Apr 08, 1992
 
 Appeal From: E.D.Pa.,
 Reed, J.
 
 
 1
 AFFIRMED.